UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AHMED AHMED** | * | CIVIL ACTION |
| **VERSUS** | * | NO. 21-2260 "D" (4) |
| **ALEJANDRO MAYORKAS, SECRETARY, DEPARTMENT OF HOMELAND SECURITY, ET AL** | * * | JUDGE VITTER MAGISTRATE ROBY |
| | * * * | |

## JOINT/CONSENT MOTION TO STAY

**NOW INTO COURT** plaintiff, Ahmed Ahmed, and defendants, Alejandro Mayorkas, Secretary, Department of Homeland Security and Immigration and Customs Enforcement, through their respective undersigned counsel hereby move the Court enter a 30-day stay of the captioned action. In support of their motion, the parties aver as follows:

1. Since February 24, 2023, the parties have been engaged in serious settlement negotiations.

2. Plaintiff Ahmed Ahmed has another claim against the agency currently pending before the Merit Systems Protection Board ("MSPB"), which is on remand from the Court of Appeals for the Federal Circuit.

3. The Parties are now including Plaintiff's MSPB action in their settlement negotiations.

4. Because Plaintiff's settlement demand includes rescission/correction of personnel actions from his Electronic Official Personnel File ("eOPF") and/or any other permanent record(s), the agency must consult with and receive approval from Headquarters. The approval process is estimated to last up to three weeks. A 30-day stay will allow this approval window to occur and will provide a slight buffer against any other delays.

5. Deadlines in this suit are fast approaching, and the expenditure of additional resources in litigating during these negotiations will likely impair the Parties' ability to settle and would

be counter-productive when settlement seems imminent. Therefore, the parties seek a brief pause of the case and all Deadlines.

**WHEREFORE**, the parties request that this Court grant its motion to stay the captioned action for 30 days.

Respectfully submitted,

**DUANE A. EVANS**
**UNITED STATES ATTORNEY**

 _/s/ Sandra Ema Gutierrez_                              _/s/ Stephen Goldenzweig_
SANDRA EMA GUTIERREZ                         STEPHEN W. GOLDENZWEIG, ESQ.
Assistant United States Attorney                    Pines Federal Employment Attorneys, PLLC
LA Bar Roll No. 17888                                     10101 Fondren Rd., Suite 575
650 Poydras Street, Suite 1600                       Houston, TX 77096
New Orleans, Louisiana 70130                      Telephone: (800) 801-0598
Telephone: (504) 680-3124                            Cell: (703)-772-5649
Facsimile: (504) 680-3174                              stephen@pinesfederal.com
sandra.gutierrez@usdoj.gov