## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**AHMED AHMED**                                          **CIVIL ACTION**

**VERSUS**                                               **NO. 21-2260**

**DEPARTMENT OF**                                        **SECTION: D (4)**
**HOMELAND SECURITY, ET AL.**

### ORDER

Considering the status update from the parties, which was emailed to the Court on April 5, 2023, in accordance with the Court's March 6, 2023 Order (R. Doc. 54);

**IT IS HEREBY ORDERED** that this matter shall **remain STAYED** for an additional **thirty (30) days** from the date of entry of this Order.  Counsel shall send an update on the status of the case to the Court's e-file account on or before May 5, 2023.  If the case is amicably resolved before the stay expires, counsel should inform the Court and file an appropriate motion.

New Orleans, Louisiana, April 6, 2023.

_____
**WENDY B. VITTER**
**United States District Judge**