UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AHMED AHMED** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-2260** |
| **DEPARTMENT OF HOMELAND SECURITY** | **SECTION: D (4)** |

## ORDER

The Court has been advised by counsel for plaintiff, Ahmed Ahmed, by telephone and in an email sent to the Court on October 19, 2023 upon which all counsel were copied, that the parties have amicably resolved this matter.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without costs and **WITHOUT PREJUDICE** to the right, upon good cause shown, to reopen the action if settlement is not consummated within a reasonable time.  The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

New Orleans, Louisiana, October 19, 2023.

*Wendy B. Vitter*
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**